Dismissed and Memorandum Opinion filed December 10, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00375-CV

____________

 

GRASON COMMUNITIES, LTD., Appellant

 

V.

 

TOWNES G. PRESSLER, AS TRUSTEE FOR 

TOWNES FAMILY TRUST, Appellee

 



 

                                            On Appeal
from the 281st District Court

Harris County,
Texas

Trial Court Cause
No. 2008-56089

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 23, 2009.  On November 25, 2009,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

 

Panel consists of Justices Frost, Boyce, and Sullivan.